**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN KAUFMAN,<br>Plaintiff,<br>v.<br>FLIGHT VENTURES AVIATION ACADEMY, LLC, *et al.*,<br>Defendants. | Case No. 26-cv-02889-BAS-GC<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS (ECF No. 18)** |

Before the Court is Parties' joint motion to dismiss the action ("Motion") submitted by Plaintiff Martin Kaufman ("Plaintiff") and Defendants Flight Ventures Aviation Academy, LLC; Christopher Brian Haug; NV Aviation LLC; Nathaniel Volk; ACME Aviation Services LLC; and Joshua Matthew Lee (collectively, "Defendants") (together, the "Parties"). (ECF No. 18.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A

dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Finding good cause, the Court **GRANTS** Parties' Motion. (ECF No. 18.) Thus, the Court **DISMISSES WITH PREJUDICE** the Action. Each party shall bear its own costs and attorney's fees. The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: October 15, 2026**

Cynthia Bashant

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**